IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 25-cv-02742 (DLF) |

**NOTICE OF FILING OF PROOFS OF SERVICE**

Plaintiffs respectfully submit the attached Affidavits of Mailing and attachments as proof that service of process has been effected on Defendants U.S. Department of Health and Human Services, U.S. Centers for Disease Control and Prevention, Centers for Medicare and Medicaid Services, U.S. Food and Drug Administration, United States Attorney's Office for the District of Columbia, and the United States Attorney General in the above-captioned matter.

Dated: 9/22/25                                   Respectfully submitted,

*/s/ Gunita Singh*
Gunita Singh
DC Bar No. 1601923
Reporters Committee for
   Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
(202) 795-9303
gsingh@rcfp.org

*Counsel for Plaintiffs*

1

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.
_____
      Plaintiff(s)

Civil Action No. 25-cv-02742 (DLF)

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
_____
      Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ellen Goodrich_____, hereby state that:

On the __26__ day of __August__, __2025__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION 1600 Clifton Rd. Atlanta, GA 30329,

I have received the receipt for the certified mail, No. __9589 0710 5270 3284 2907 44__. (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __28__ day of __August__, __2025__.

I declare under penalty of perjury that the foregoing is true and correct.

09/22/25
_____
(Date)

_Ellen Goodrich_
_____
(Signature)


**UNITED STATES POSTAL SERVICE**

September 4, 2025

Dear Samantha Spada:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3284 2907 44**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Picked up at USPS |
| **Status Date / Time:** | August 28, 2025, 9:31 am |
| **Location:** | ATLANTA, GA 30329 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

**Weight:** 15.0oz

## Recipient Signature

Signature of Recipient (Authorized Agent): *[handwritten signature: "Leon Bro" / "Leon"]*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.
_____
Plaintiff(s)

Civil Action No. 25-cv-02742 (DLF)

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ellen Goodrich_____, hereby state that:

On the __26__ day of __August_____, __2025__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES   200 Independence Ave., SW  Washington, D.C. 20201,

I have received the receipt for the certified mail, No. __9589 0710 5270 3284 2924 72.__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __27__ day of __August_____, __2025__.

I declare under penalty of perjury that the foregoing is true and correct.

__09/11/2025_____          _Ellen Goodrich_____
(Date)                                              (Signature)


**UNITED STATES POSTAL SERVICE**

September 4, 2025

Dear Samantha Spada:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3284 2924 72**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 27, 2025, 11:42 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 15.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | T. Lucas / T. Lucas |
| Address of Recipient: | HHS 20201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.
Plaintiff(s)

Civil Action No. 25-cv-02742 (DLF)

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
Defendant(s)

## AFFIDAVIT OF MAILING

I, Ellen Goodrich, hereby state that:

On the 26 day of August, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

Civil Process Clerk U.S. Attorney's Office for D.C. 601 D Street, NW Washington, DC 20530

I have received the receipt for the certified mail, No. 9589 0710 5270 3284 2924 89 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 29 day of August, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

09/22/25
(Date)

*Ellen Goodrich*
(Signature)



September 4, 2025

Dear Samantha Spada:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3284 2924 89**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 29, 2025, 12:23 pm |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

### Shipment Details

**Weight:** 15.0oz

### Recipient Signature

Signature of Recipient: X P. Edwards
Printed Name: D. Edwards

Address of Recipient: 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.
_____
Plaintiff(s)

Civil Action No. 25-cv-02742 (DLF)

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ellen Goodrich_____, hereby state that:

On the __26__ day of __August_____, __2025__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

Centers for Medicare Services 7500 Security Blvd, Baltimore, MD 21244

I have received the receipt for the certified mail, No. __9589071052703284292434__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __27__ day of __August_____, __2025__.

I declare under penalty of perjury that the foregoing is true and correct.

__09/16/2025__                             _Ellen Goodrich_____
(Date)                                                (Signature)


**UNITED STATES POSTAL SERVICE**

September 4, 2025

Dear Samantha Spada:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3284 2924 34**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 27, 2025, 12:45 pm |
| **Location:** | WINDSOR MILL, MD 21244 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

**Weight:** 15.0oz

## Recipient Signature

**Signature of Recipient:** *Jabari Jefferson* (Jabari, Jeffer[son])

**Address of Recipient:** 7800 Security Blvd Windsor Mill, MD 21244

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.

Plaintiff(s)

vs.

Civil Action No. 25-cv-02742 (DLF)

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendant(s)

## AFFIDAVIT OF MAILING

I, **Ellen Goodrich**, hereby state that:

On the **26** day of **August**, **2025**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

Chief Counsel, Food and Drug Administration 10903 New Hampshire Ave. Silver Spring, MD 20993

I have received the receipt for the certified mail, No. **9589071052703284292458** (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **27** day of **August**, **2025**.

I declare under penalty of perjury that the foregoing is true and correct.

__09/16/25__    _Ellen Goodrich_
(Date)                        (Signature)



September 4, 2025

Dear Samantha Spada:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3284 2924 58**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Left with Individual |
| **Status Date / Time:** | August 27, 2025, 11:16 am |
| **Location:** | ROCKVILLE, MD 20852 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

### Shipment Details

**Weight:** 15.0oz

### Recipient Signature

Signature of Recipient: (Authorized Agent)

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HENRY J KAISER FAMILY FOUNDATION, d/b/a KFF, et al.

Plaintiff(s)

Civil Action No. 25-cv-02742 (DLF)

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendant(s)

## AFFIDAVIT OF MAILING

I, Ellen Goodrich, hereby state that:

On the 26 day of August, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

United States Attorney General 950 Pennsylvania Ave. Washington D.C. 20530

I have received the receipt for the certified mail, No. 9589071052703284292465 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 29 day of August, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

09/22/25

(Date)

_Ellen Goodrich_

(Signature)


UNITED STATES
POSTAL SERVICE

September 4, 2025

Dear Samantha Spada:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 3284 2924 65**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 29, 2025, 12:23 pm |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 15.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004